| | |
|---|---|
| 1 | MICHELLE R. BARRETT, Bar No. 197280 |
| | PAUL S. COWIE, Bar No. 250131 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 4 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 5 | Email: mbarrett@littler.com |
| | Email: pcowie@littler.com |
| 6 | |
| 7 | Attorneys for Defendants |
| | BROOKDALE PROVIDENT MANAGEMENT, LLC |

E-filing

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MARSHALL | Case No. 08 2172 |
| Plaintiff, | DEFENDANT BROOKDALE PROVIDENT MANAGEMENT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| BROOKDALE PROVIDENT MANAGEMENT, LLC., and DOES 1-25, inclusive, | [Local Rule 3-16] |
| | (San Mateo County Superior Court Case No. CIV 471555) |
| Defendants. | |

TO THE JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA FOR THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF TAMMY MARSHALL AND HER ATTORNEY OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: April 28, 2008

_____
MICHELLE R. BARRETT
PAUL S. COWIE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
BROOKDALE PROVIDENT MANAGEMENT, LLC

Firmwide:85006137.1 051918.1024

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEF. BROOKDALE'S CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS

CASE NO.