| | |
|---|---|
| 1 | MICHELLE R. BARRETT, Bar No. 197280 |
| 2 | PAUL S. COWIE, Bar No. 250131<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>650 California Street, 20th Floor |
| 4 | San Francisco, CA 94108.2693<br>Telephone: 415.433.1940 |
| 5 | Facsimile: 415.399.8490<br>Email: mbarrett@littler.com |
| 6 | Email: pcowie@littler.com |
| 7 | Attorneys for Defendants<br>BROOKDALE PROVIDENT MANAGEMENT, LLC |

E-filing

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMMY MARSHALL,

    Plaintiff,

v.

BROOKDALE PROVIDENT MANAGEMENT, LLC., and DOES 1-25, inclusive,

    Defendants.

Case No. CV 08 2172

**DEFENDANT BROOKDALE PROVIDENT MANAGEMENT'S DISCLOSURE STATEMENT**

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEF. BROOKDALE'S DISCLOSURE STATEMENT

CASE NO.

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF TAMMY MARSHALL AND HER ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to the Federal Rules of Civil Procedure 7.1 that Defendant Brookdale Provident Management, LLC is a wholly owned subsidiary of Brookdale Living Communities Inc., which is a wholly-owned subsidiary of Brookdale Senior Living Inc. No other publicly held company owns more than 10% of the stock of either Brookdale Provident Management, LLC, Brookdale Living Communities Inc. or Brookdale Senior Living Inc.

Dated: April 28, 2008

_____
MICHELLE R. BARRETT
PAUL S. COWIE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
BROOKDALE PROVIDENT
MANAGEMENT, LLC

Firmwide:85006399.1 051918.1024

DEF. BROOKDALE'S DISCLOSURE STATEMENT     1.     CASE NO.