1  MICHELLE R. BARRETT, Bar No. 197280
   PAUL S. COWIE, Bar No. 250131
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5  Email:        mbarrett@littler.com
   Email:        pcowie@littler.com
6
   Attorneys for Defendants
7  BROOKDALE PROVIDENT MANAGEMENT,
   LLC
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11  TAMMY MARSHALL                        Case No.  C 08-02172 EMC

12              Plaintiff,                **DEFENDANT BROOKDALE PROVIDENT
                                          MANAGEMENT'S AMENDED
13      v.                                DISCLOSURE STATEMENT**

14  BROOKDALE PROVIDENT
    MANAGEMENT, LLC., and DOES 1-25,
15  inclusive,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**DEF. BROOKDALE'S AMENDED
DISCLOSURE STATEMENT**                          **CASE NO. C 08-02172 EMC**

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF TAMMY MARSHALL AND HER ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to the Federal Rules of Civil Procedure 7.1 that Defendant Brookdale Provident Management, LLC is a wholly owned subsidiary of Brookdale Living Communities Inc., which is a wholly-owned subsidiary of Brookdale Senior Living Inc. Funds managed by Fortress Investment Group, LLC own more than 10% of the shares of Brookdale Senior Living, Inc. No other publicly held company owns more than 10% of the stock of either Brookdale Provident Management, LLC, Brookdale Living Communities Inc. or Brookdale Senior Living Inc.

Dated: April 28, 2008

_____
MICHELLE R. BARRETT
PAUL S. COWIE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
BROOKDALE PROVIDENT
MANAGEMENT, LLC

Firmwide:85006399.2 051918.1024

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940