1  MICHELLE R. BARRETT, Bar No. 197280
   PAUL S. COWIE, Bar No. 250131
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415.433.1940
   Facsimile:  415.399.8490
5  Email:  mbarrett@littler.com
   Email:  pcowie@littler.com
6
   Attorneys for Defendants
7  BROOKDALE PROVIDENT MANAGEMENT, LLC

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | TAMMY MARSHALL                | Case No. C 08-02172 EMC
12 |         Plaintiff,            |
                                   | **CERTIFICATE OF SERVICE**
13 |     v.                        |
14 | BROOKDALE PROVIDENT
     MANAGEMENT, LLC., and DOES 1-25,
15   inclusive,
16 |         Defendants.           |

CERTIFICATE OF SERVICE                              CASE NO. C 08-02172 EMC

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On April 28, 2008, I served the within document(s):

- NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT (DIVERSITY)

- CIVIL COVER SHEET

- DEFENDANT BROOKDALE PROVIDENT MANAGEMENT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

- DEFENDANT BROOKDALE PROVIDENT MANAGEMENT'S DISCLOSURE STATEMENT

- ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA — CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, TOGETHER WITH CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND A DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

- ECF REGISTRATION INFORMATION HANDOUT

- WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO GUIDELINES

- CERTIFICATE OF SERVICE

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 415.399.8490. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE        2.        CASE NO. C 08-02172 EMC

☐ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☒ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Robert M. Lubin
Joseph Camenzind, IV
177 Bovet Road, Suite 600
San Mateo, CA  94402

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 28, 2008, at San Francisco, California.

*Pamela Sloan*
Pamela A. Sloan

Firmwide:85046859.1 051918.1024

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CERTIFICATE OF SERVICE         3.         CASE NO. C 08-02172 EMC

| From: Origin ID: SFOA (415)288-6391<br>Paul Cowie<br>LITTLER MENDELSON<br>650 CALIFORNIA STREET<br>SAN FRANCISCO, CA 94108 |  | Ship Date: 28APR08<br>ActWgt: 2 LB<br>System#: 1899987/INET8010<br>Account#: S ********* |
|---|---|---|

Delivery Address Bar Code

SHIP TO: (650) 638-2331       BILL SENDER
**Robert Lubin & Joseph Camenzind IV**
**Law Offices of Robert Lubin**
**177 BOVET RD STE 600**

**SAN MATEO, CA 944023122**

Ref #   051918.1024
Invoice #
PO #
Dept #

TRK# 0201  7900 0264 9751

TUE - 29APR   A1
PRIORITY OVERNIGHT



94402
CA-US
SFO

**WA BWCA**

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.