1  MICHELLE R. BARRETT, Bar No. 197280
   PAUL S. COWIE, Bar No. 250131
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5  Email:    mbarrett@littler.com
   Email:    pcowie@littler.com
6
   Attorneys for Defendants
7  BROOKDALE PROVIDENT MANAGEMENT,
   LLC
8

9                 UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11  TAMMY MARSHALL                      | Case No.  C 08-02172 EMC

12             Plaintiff,               | **DEFENDANT BROOKDALE PROVIDENT MANAGEMENT'S DECLINATION TO**
13      v.                              | **PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR**
14  BROOKDALE PROVIDENT                 | **REASSIGNMENT TO A UNITED STATES**
    MANAGEMENT, LLC., and DOES 1-25,    | **DISTRICT JUDGE**
15  inclusive,
16             Defendants.
17

18      **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

19          The undersigned party hereby declines to consent to the assignment of this case to a

20  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this

21  case to a United States District Judge.

22

23  Dated: April 28, 2008                _____
                                         MICHELLE R. BARRETT
24                                       PAUL S. COWIE
                                         LITTLER MENDELSON
25                                       A Professional Corporation
                                         Attorneys for Defendants
26                                       BROOKDALE PROVIDENT
                                         MANAGEMENT, LLC
27
    Firmwide:85051906.1 051918.1024
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**DEF BROOKDALE'S DECLINATION TO
MAGISTRATE JUDGE/REQUEST FOR
REASSIGNMENT**                          **CASE NO. C 08-02172 EMC**