1   MICHELLE R. BARRETT, Bar No. 197280
    PAUL S. COWIE, Bar No. 250131
2   LITTLER MENDELSON
    A Professional Corporation
3   650 California Street, 20th Floor
    San Francisco, CA  94108.2693
4   Telephone:    415.433.1940
    Facsimile:    415.399.8490
5   Email:      mbarrett@littler.com
    Email:      pcowie@littler.com
6
    Attorneys for Defendants
7   BROOKDALE PROVIDENT MANAGEMENT, LLC

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  TAMMY MARSHALL                    Case No.  C 08-02172 CW

12              Plaintiff,
                                      **CERTIFICATE OF SERVICE REGARDING**
13       v.                           **CASE MANAGEMENT SCHEDULING**
                                      **ORDER FOR REASSIGNED CIVIL CASE**
14  BROOKDALE PROVIDENT
    MANAGEMENT, LLC., and DOES 1-25,
15  inclusive,

16              Defendants.

17

18          I am a resident of the State of California, over the age of eighteen years, and not a

19  party to the within action.  My business address is 650 California Street, 20th Floor, San Francisco,

20  California  94108.2693.  On May 1, 2008, I served the within document(s):

21          •      **JUDGE WILKEN'S CASE MANAGEMENT**
                   **SCHEDULING ORDER FOR REASSIGNED CIVIL**
22                 **CASE (TOGETHER WITH NOTICE AND STANDING**
                   **ORDER FOR ALL JUDGES OF THE NORTHERN**
23                 **DISTRICT OF CALIFORNIA RE CONTENTS OF**
                   **JOINT CASE MANAGEMENT STATEMENT)**
24
            •      **CERTIFICATE OF SERVICE**
25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**CERTIFICATE OF SERVICE RE CASE**
**MANAGEMENT ORDER**                              **CASE NO. C 08-02172 CW**

☐   by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 415.399.8490. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☐   by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☒   by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐   by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Robert M. Lubin
Joseph Camenzind, IV
Law Offices of Robert Lubin
177 Bovet Road, Suite 600
San Mateo, CA  94402

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service.  Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 1, 2008, at San Francisco, California.

_Pamela Sloan_
Pamela A. Sloan

Firmwide:85086915.1 051918.1024

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415.433.1940

**CERTIFICATE OF SERVICE RE CASE MANAGEMENT ORDER**     2.     **CASE NO. C 08-02172 CW**