LAW OFFICES OF ROBERT LUBIN
ROBERT M. LUBIN, ESQ. (055863)
177 Bovet Road, Suite 600
San Mateo CA 94402
Telephone:  650.638-2331
Facsimile:   650.638-1005

Attorney for Plaintiff TAMMY MARSHALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MARSHALL,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKDALE PROVIDENT MANAGEMENT, LLC. and DOES 1 through 25, inclusive<br><br>Defendants. | CASE NO. 3:08-CV-2172<br><br>**PROPOSED ORDER REMANDING MATTER TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN MATEO**<br><br>Hearing Date:  July 10, 2008<br>Time:  2:00 p.m.<br>Honorable:  Claudia Wilken |

On July 10, 2008, at 2:00 p.m. a hearing was held regarding Plaintiff TAMMY MARSHALL's motion to remand this matter back to the Superior Court of California for the County of San Mateo. Both Plaintiff TAMMY MARSHALL and Defendant BROOKDALE PROVIDENT MANAGEMENT, LLC. were represented by counsel.

The Court, having considered the moving papers and having heard oral arguments from

---

MARSHALL v. BROOKDALE
ORDER REMANDING MATTER TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN MATEO

1  both sides granted the motion to remand:

2      IT IS ORDERED that Plaintiff TAMMY MARSHALL's motion to remand is granted, and

3  this matter shall be remanded back to the Superior Court of California for the County of San Mateo.

4

5      IT IS FURTHER ORDERED that _____

6  _____

7  _____

8  _____

9  _____

10  _____

11

12      DATED: _____

13                                                _____

14                                              JUDGE OF THE ABOVE ENTITLED COURT

15

16

17

18

19

20

21

22

23

24

25

26

27  MARSHALL v. BROOKDALE

28  ORDER REMANDING MATTER TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN MATEO