1 | *LAW OFFICES OF ROBERT LUBIN*
2 | ROBERT M. LUBIN, ESQ. (055863)
  | JOSEPH CAMENZIND, IV (244154)
3 | 177 Bovet Road, Suite 600
  | San Mateo CA 94402
4 | Telephone: 650.638-2331
  | Facsimile: 650.638-1005
5 |
6 | Attorneys for Plaintiff TAMMY MARSHALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TAMMY MARSHALL, | ) CASE NO. 3:08-cv-2172 CW |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| BROOKDALE PROVIDENT MANAGEMENT, LLC. and DOES 1 through 25, inclusive | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 177 Bovet Road, Suite 600, San Mateo, California 94402. On May 21, 2008, I served the within document(s):

- NOTICE OF MOTION TO REMAND MATTER TO STATE COURT AND MEMORANDUM OF POINTS AND AUTHORITIES
- DECLARATION OF ROBERT M. LUBIN IN SUPPORT OF MOTION TO REMAND MATTER TO STATE COURT
- PROPOSED ORDER REMANDING MATTER TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN MATEO
- CERTIFICATE OF SERVICE

☐ By facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (650)638-1005. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelop with postage thereon fully prepaid for deposit in the United States mail at San Mateo, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelop, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

MARSHALL v. BROOKDALE  
CERTIFICATE OF SERVICE  
CASE NO. 3:08-cv-2172 CW

Michelle R. Barrett
Paul S. Cowie
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA 94108-2693

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery pick-up box or office on the same day with postage or fees thereon fully paid in the ordinary course of business.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 21, 2008, at San Mateo, California.

                                                                *Patsy Nicklin* (signature)
                                                                Patsy Nicklin

MARSHALL v. BROOKDALE                                                    CASE NO. 3:08-cv-2172 CW
CERTIFICATE OF SERVICE