MICHELLE R. BARRETT, Bar No. 197280
PAUL S. COWIE, Bar No. 250131
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: mbarrett@littler.com
Email: pcowie@littler.com

Attorneys for Defendant
BROOKDALE PROVIDENT MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE PROVIDENT MANAGEMENT, LLC., and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C 08-02172 CW<br><br>**DECLARATION OF JACK LEEBRON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S NOTICE OF MOTION TO REMAND** |

I, Jack Leebron, hereby declare and state as follows:

1. I am a Vice President of Legal Services for Brookdale Senior Living Inc. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Brookdale Provident Management, LLC is a wholly-owned subsidiary of Brookdale Living Communities, Inc., which is a wholly-owned subsidiary of Brookdale Senior Living Inc.

3. Brookdale Living Communities, Inc. is the sole member of Brookdale Provident Management, LLC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEC. OF JACK LEEBRON ISO DEF'S OPPOS.
TO PLTF'S NOTICE OF MOTION TO
REMAND

CASE NO. C 08-02172 CW

4. Brookdale Living Communities Inc. is a Delaware corporation, with its registered office at 330 North Wabash, Suite 1400, Chicago, Illinois 60611. Brookdale Living Communities Inc.'s principal place of business on March 27, 2008 (the date Tammy Marshall commenced her civil action by filing a complaint against Brookdale Provident Management, LLC) and on April 28, 2008 (the date Brookdale Provident Management, LLC filed its Notice of Removal) was Chicago, Illinois. Therefore, the citizenship of Brookdale Provident Management, LLC at these times was Delaware and Illinois.

5. The principal place of business of Brookdale Provident Management LLC, at the times mentioned above, was Milwaukee, Wisconsin.

6. The principal place of business of both Brookdale Living Communities Inc. and Brookdale Provident Management, LLC is now 111 Westwood Place, Suite 200, Brentwood, Tennessee 37027. This principal place of business changed effective from May 8, 2008 after a change in the corporate officers of those entities. Brookdale Living Communities Inc. remains a corporation formed under the laws of Delaware.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of June 2008 at Brentwood, TN.

JACK LEEBRON

Firmwide:85366443.1 051918.1024

DEC. OF JACK LEEBRON ISO DEF'S OPPOS. TO PLTF'S NOTICE OF MOTION TO REMAND

1.

CASE NO. C 08-02172 CW

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940