IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHALL,

    Plaintiff,

  v.

BROOKDALE PROVIDENT MANAGEMENT LLC,

    Defendant.
                                     /

No. C 08-02172 CW

CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Plaintiff's Motion to Remand under submission on the papers.  The hearing previously scheduled for July 10, 2008, is vacated.

Dated: 7/7/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk