MICHELLE R. BARRETT, Bar No. 197280
PAUL S. COWIE, Bar No. 250131
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: mbarrett@littler.com
Email: pcowie@littler.com

Attorneys for Defendant
BROOKDALE PROVIDENT MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TAMMY MARSHALL<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE PROVIDENT MANAGEMENT, LLC., and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C 08-02172 CW<br><br>**REQUEST OF DEFENDANT'S LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: August 12, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |
|---|---|

REQ. OF DEFT'S LEAD TRIAL COUNSEL
TO APPEAR BY PHONE AT INITIAL CMC

CASE NO. C 08-02172 CW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Pursuant to Civil Local Rule 16-10, Lead Trial Counsel for Defendant requests that she be permitted to attend the Initial Case Management Conference, scheduled for Tuesday, August 12, 2008 at 2:00 p.m. by telephone. Defendant will be represented at Court in person by the attorney who will handle all aspects of this matter, except that he shall not be lead trial counsel. Lead Trial Counsel has a meeting scheduled immediately prior to the time set for the Initial Case Management Conference and changing that meeting would be extremely difficult due to the large number of participants who shall attend that meeting. The parties have met and conferred regarding the joint case management statement and shall file it tomorrow. It is not anticipated that any particular areas will be in dispute at the Initial Case Management Conference. The Court's agreement to permit Defendant's Lead Trial Counsel to appear by telephone would be greatly appreciated.

Dated:      August 4, 2008                    Respectfully submitted,

                                              /s/ Michelle Barrett
                                              MICHELLE R. BARRETT
                                              PAUL S. COWIE
                                              LITTLER MENDELSON
                                              A Professional Corporation
                                              Attorneys for Defendant
                                              BROOKDALE PROVIDENT
                                              MANAGEMENT, LLC

Firmwide:86107823.1 051918.1024

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

REQ. OF DEFT'S LEAD TRIAL COUNSEL
TO APPEAR BY PHONE AT INITIAL CMC              1.                    CASE NO. C 08-02172 CW