MICHELLE R. BARRETT, Bar No. 197280
PAUL S. COWIE, Bar No. 250131
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: mbarrett@littler.com
Email: pcowie@littler.com

Attorneys for Defendant
BROOKDALE PROVIDENT MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MARSHALL<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE PROVIDENT MANAGEMENT, LLC., and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C 08-02172 CW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: August 12, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

IT IS ORDERED that Defendant's Lead Trial Counsel be permitted to appear at the Initial Case Management Conference set for August 12, 2008 at 2:00 p.m. by telephone.

Dated: _____     _____
HON. CLAUDIA WILKEN
JUDGE, UNITED STATES DISTRICT COURT

Firmwide:86108405.1 051918.1024