1  *LAW OFFICES OF ROBERT LUBIN*
2  ROBERT M. LUBIN, ESQ. (055863)
   JOSEPH CAMENZIND, IV, (244145)
3  177 Bovet Road, Suite 600
   San Mateo CA 94402
4  Telephone:  650.638.2331
   Facsimile:   650.638.1005
5
6  Attorneys for Plaintiff TAMMY MARSHALL

7  *LITTLER MENDELSON*
   MICHELLE R. BARRETT, (197280)
8  PAUL S. COWIE, (250131)
   650 California Street, 20th Floor
9  San Francisco, CA 94108.2693
10 Telephone:    415.533.1940
   Facsimile:     415.399.8490
11
12 Attorneys for Defendant
   BROOKDALE PROVIDENT MANAGEMENT, LLC
13
14         UNITED STATES DISTRICT COURT
15         NORTHERN DISTRICT OF CALIFORNIA

16
17 TAMMY MARSHALL            )  CASE NO. 4:08-CV-2172
                             )
18                           )  **STIPULATION TO EXTEND THE TIME**
         Plaintiff,          )  **TO SERVE INITIAL DISCLOSURES**
19                           )
20    vs.                    )  [LOCAL RULE 6.1(a)]
                             )
21 BROOKDALE PROVIDENT       )
   MANAGEMENT, LLC. and DOES 1 )
22 through 25, inclusive     )
                             )
23       Defendants.         )
                             )
24 _____ )
25
26
27
28 MARSHALL v. BROOKDALE
   **STIPULATION TO EXTEND THE TIME TO SERVE INITIAL DISCLOSURES**

1   COMES NOW the parties by and through their respective counsel and hereby agree to
2   extend the time for each party to serve their initial disclosures to August 12, 2008 at 12:00 p.m.
3
4
5   DATED: August 4, 2008.                    LAW OFFICES OF ROBERT LUBIN
6                                             _____
                                              ROBERT LUBIN
7                                             JOSEPH CAMENZIND, IV
                                              Attorneys for Plaintiff TAMMY MARSHALL
8
9   DATED: August 4, 2008                    LITTLER MENDELSON
10
11                                            _____
12                                            PAUL S. COWIE
                                              MICHELLE BARRETT
13                                            Attorneys for Defendant BROOKDALE
                                              PROVIDENT MANAGEMENT, LLC
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  MARSHALL v. BROOKDALE
    STIPULATION TO EXTEND THE TIME TO SERVE INITIAL DISCLOSURES

1  *LAW OFFICES OF ROBERT LUBIN*
2  ROBERT M. LUBIN, ESQ. (055863)
   JOSEPH CAMENZIND, IV (244154)
3  177 Bovet Road, Suite 600
   San Mateo CA 94402
4  Telephone:  650.638-2331
   Facsimile:   650.638-1005
5
6  Attorneys for Plaintiff TAMMY MARSHALL
7
8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  TAMMY MARSHALL | ) CASE NO. 4:08-cv-2172 CW |
| 12 | ) |
| | ) **CERTIFICATE OF SERVICE** |
| 13      Plaintiff, | ) |
| | ) |
| 14      vs. | ) |
| | ) |
| 15  BROOKDALE PROVIDENT | ) |
| 16  MANAGEMENT, LLC. and DOES 1 | ) |
|     through 25, inclusive | ) |
| 17 | ) |
|          Defendants. | ) |
| 18 | ) |
| 19  _____ | ) |

28  MARSHALL v. BROOKDALE                               CASE NO. 4:08-cv-2172 CW
    CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 177 Bovet Road, Suite 600, San Mateo, California 94402. On August 5, 2008, I served the within document(s):

- STIPULATION TO EXTEND THE TIME TO SERVE INITIAL DISCLOSURES
- CERTIFICATE OF SERVICE

x   By facsimile transmission at or about 10:05 A.M. on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (650)638-1005. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

x   By placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelop with postage thereon fully prepaid for deposit in the United States mail at San Mateo, California addressed as set forth below.

☐   By depositing a true copy of the same enclosed in a sealed envelop, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐   By personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Michelle R. Barrett
Paul S. Cowie
Littler Mendelson
650 California Street, 2oth Floor
San Francisco, CA 94108-2693
F: (415)520-9816

I am readily familiar with the firm's practice of collection and processing correspondence

MARSHALL v. BROOKDALE          CASE NO. 4:08-cv-2172 CW
CERTIFICATE OF SERVICE

for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery pick-up box or office on the same day with postage or fees thereon fully paid in the ordinary course of business.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 5, 2008, at San Mateo, California.

*[signature]*

Patsy Nicklin

---

MARSHALL v. BROOKDALE  
CERTIFICATE OF SERVICE

CASE NO. 4:08-cv-2172 CW

- 3 -