| | |
|---|---|
| 1 | MICHELLE R. BARRETT, Bar No. 197280 |
|   | PAUL S. COWIE, Bar No. 250131 |
| 2 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
|   | San Francisco, CA  94108.2693 |
| 4 | Telephone:   415.433.1940 |
|   | Facsimile:    415.399.8490 |
| 5 | Email:          mbarrett@littler.com |
|   | Email:          pcowie@littler.com |

Attorneys for Defendant
BROOKDALE PROVIDENT MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MARSHALL | Case No.  C 08-02172 CW |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S LEAD TRIAL COUNSEL TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| BROOKDALE PROVIDENT MANAGEMENT, LLC., and DOES 1-25, inclusive, | Date:         August 12, 2008 |
|   | Time:         2:00 p.m. |
|   | Courtroom: 2, 4th Floor |
| Defendants. | |

IT IS ORDERED that Defendant's Lead Trial Counsel be permitted to appear at the Initial Case Management Conference set for August 12, 2008 at 2:00 p.m. by telephone.

Dated:  8/6/08

_____
HON. CLAUDIA WILKEN
JUDGE, UNITED STATES DISTRICT COURT

Firmwide:86108405.1 051918.1024

**[PROPOSED] ORDER GRANTING DEFT'S LEAD TRIAL COUNSEL TO APPEAR BY PHONE AT INITIAL CMC**

**CASE NO. C 08-02172 CW**

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940