IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMMY MARSHALL
    Plaintiff(s)

v.

BROOKDALE PROVIDENT MANAGEMENT, LLC, et al.
    Defendants(s)

No. C 08-02172 ___ CW

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636(c) and Rule 73, Federal Rules of Civil Procedure, the below party(ies) hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. (Parties may consent to the assignment of only one or more particular Magistrate Judge(s): __Maria-Elena James__).
[insert name(s) of Magistrate Judge(s)]

Dated: August 19, 2008        _____
                               Attorney for Plaintiff(s)

Dated: August 14, 2008        _____
                               Attorney for Defendant(s)
                               Michelle R. Barrett
                               Paul S. Cowie

**DECLINATION**

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrate Judge for trial.

Dated: _____        _____
                               Attorney for Plaintiff(s)

Dated: _____        _____
                               Attorney for Defendant(s)