IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHALL,

    Plaintiff,

  v.

BROOKDALE PROVIDENT MANAGEMENT LLC,

    Defendant.
                                  /

No. C 08-02172 CW

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1 and the consent of parties, IT IS HEREBY ORDERED that the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Maria-Elena James to be heard and considered at the convenience of her calendar.  The case management conference, previously set for December 16, 2008, is vacated and will be rescheduled by Magistrate Judge James.

Dated:  8/29/08

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings, MEJ/Brenda