### UNITED STATES DISTRICT COURT
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
—————————

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                      510.637.3530

### September 2, 2008

**CASE NUMBER:  CV 08-02172 CW**
**CASE TITLE:  MARSHALL-v-BROOKDALE PROVIDENT MANAGEMENT LLC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARIA-ELENA JAMES** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MEJ** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: September 2, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 09/02/08 cjl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA