# UNITED STATES DISTRICT COURT

## Northern District of California

| Marshall,<br><br>              Plaintiff(s),<br><br>    v.<br><br>Brookdale Provident Management LLC,<br><br>              Defendant(s). | 08-02172 MEJ ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> Michael J. Loeb
> JAMS
> 2 Embarcadero Center, 15th Fl.
> San Francisco, CA 94111
> 415-982-5267
> mloeb@jamsadr.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-02172 MEJ ENE                     - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: September 2, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-02172 MEJ ENE                              - 2 -