**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MARSHALL,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>BROOKDALE PROVIDENT MANAGEMENT,<br><br>　　　　Defendant(s).　　　　　　　　／ | No. C 08-2172 MEJ<br><br>**NOTICE OF REFERRAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena James for all purposes including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. Please conform your filings accordingly. As this matter has been referred to Early Neutral Evaluation, the Court shall not schedule any matters at this time. Within 14 days from the completion of the evaluation process, the parties shall file a joint status statement.

　　　The parties shall comply with Judge James' standing order regarding discovery and dispute procedures, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

Finally, when filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

**IT IS SO ORDERED.**

Dated: September 4, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2