```
MICHELLE R. BARRETT , Bar No. 197280
PAUL S. COWIE, Bar No. 250131
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490
Email:         pcowie@littler.com

Attorneys for Defendants
BROOKDALE PROVIDENT MANAGEMENT,
LLC; BROOKDALE LIVING COMMUNITIES,
INC.; AND BROOKDALE SENIOR LIVING, INC.

ROBERT M. LUBIN, Bar No. 055863
LAW OFFICES OF ROBERT LUBIN
177 Bovet Road, Suite 600
San Mateo, CA  94402
Telephone:     650.638.2331
Facsimile:     650.638.1005
Email: rl817@aol.com

Attorney for Plaintiff
TAMMY MARSHALL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE PROVIDENT MANAGEMENT, LLC; BROOKDALE LIVING COMMUNITIES, INC., BROOKDALE SENIOR LIVING, Inc. and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CV 08 02172 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS**<br><br>[FED. R. CIV. P. 41(A)(1)] |

Tammy Marshall ("Plaintiff") and Defendants Brookdale Provident Management, LLC, Brookdale Living Communities, Inc., Brookdale Senior Living, Inc. ("Defendants") through their respective counsel of record, hereby stipulate to the dismissal of the above-referenced lawsuit in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to

| | |
|---|---|
| 1 | all Defendants. |
| 2 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.** |
| 3 | Dated: October 28, 2008 |

_____
PAUL S. COWIE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
BROOKDALE PROVIDENT
MANAGEMENT, LLC; BROOKDALE
LIVING COMMUNITIES, INC.; AND
BROOKDALE SENIOR LIVING, INC.

Dated: October 21, 2008

_____
ROBERT M. LUBIN
LAW OFFICES OF ROBERT M. LUBIN
Attorney for Plaintiff
TAMMY MARSHALL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October ___November 5___, 2008

The Clerk of Court shall close the file.

_____
THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Firmwide:87206622.1 051918.1024

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIP. OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS    2.    CASE NO. CV 08 02172 MEJ